**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| SIGMAXGO LLC,<br><br>        Plaintiff,<br><br>        v.<br><br>THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",<br><br>        Defendants. | Case No. 25-CV-10616<br><br>Hon. Jorge L. Alonso<br><br>Hon. Mag. M. David Weisman |

### PLAINTIFF'S MOTION FOR LEAVE TO FILE UNDER SEAL

Plaintiff SigmaxGo LLC ("Plaintiff" or "SigmaxGo") files this Motion requesting leave to file the following documents under seal: (1) Schedule A attached to the Complaint, which lists and identifies the fully interactive online stores operating under the seller store names or aliases (the "Seller Aliases") and the corresponding online store URLs; and (2) Exhibit 1 to the Declaration of Feifei Ju, which includes screenshot printouts showing the online stores operating under the Seller Aliases.

In this action, Plaintiff is requesting temporary *ex parte* relief based on an action for copyright infringement. Sealing this portion of the file is necessary to prevent the defendants ("Defendants") of this case from learning of these proceedings prior to the execution of the temporary restraining order. In particular, sophisticated sellers will monitor websites updating Schedule A case filings in real time, and listing asserted intellectual

properties. Once these sellers learn of a filing asserting intellectual property that they potentially infringe, the sellers will transfer their funds out of platform accounts, to evade the legal process, prevent the seizure of funds, and/ attempt to secure a lower value settlement.

If Defendants were to learn of these proceedings prematurely, the likely result would be the destruction of relevant documentary evidence and the hiding or transferring of assets to foreign jurisdictions, which would frustrate and undermine the purpose of the underlying law and would interfere with this Court's power to grant relief. Sherinian Decl., Dkt. No. 10, ¶¶ 5, 8-9. Once the temporary restraining order has been served on the relevant parties and the requested actions are taken, Plaintiff will timely move to unseal these documents.

SIGMAXGO LLC

Date:   September 8, 2025              By:   /s/ Konrad Sherinian
                                             An attorney for plaintiff


Attorneys for Plaintiff

Konrad Sherinian
E-Mail:  ksherinian@sherinianlaw.net
Depeng Bi
E-Mail: ebi@sherinianlaw.net
THE LAW OFFICES OF KONRAD SHERINIAN, LLC
1755 Park Street, Suite # 200
Naperville, Illinois 60563
Telephone:  (630) 318-2606
Facsimile:  (630) 364-5825