**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

SIGMAXGO LLC,

      Plaintiff,

      v.

THE PARTNERSHIPS and UNIN-
CORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A",

      Defendants.

Case No. 25-CV-10616

Hon. Jorge L. Alonso

Mag. M. DAVID WEISMAN

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF CERTAIN DEFENDANTS

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff hereby moves to dismiss without prejudice all causes of action in the complaint against the following defendants identified in Schedule A to the Complaint. Each party shall bear its own attorneys' fees and costs.

| Line No. on Schedule A to the Complaint | Defendants |
| --- | --- |
| 19 | Happy Sophie |
| 18 | LINIL |
| 16 | sptrade |

Defendants listed in the tables above have not filed an answer to the complaint or a motion for summary judgment in this matter. Therefore, Plaintiff submits that dismissal under Rule 41(a)(1) is appropriate.

SIGMAXGO LLC,

Date:   October 23, 2025                          By:    /s/ Depeng Bi
                                                            An attorney for plaintiff


Attorneys for Plaintiff

Konrad Sherinian
E-Mail:  ksherinian@sherinianlaw.net
Depeng Bi
E-Mail: ebi@sherinianlaw.net
THE LAW OFFICES OF KONRAD SHERINIAN, LLC
1755 Park Street, Suite # 200
Naperville, Illinois 60563
Telephone:  (630) 318-2606
Facsimile:  (630) 364-5825


## CERTIFICATE OF SERVICE

I hereby certify that on October 23, 2025, I will electronically file the foregoing with

the Clerk of the Court using the CM/ECF system.


/s/ Depeng Bi
Depeng Bi

THE LAW OFFICES OF KONRAD SHERINIAN, LLC
1755 Park Street, Suite # 200
Naperville, Illinois 60563
Telephone:  (630) 318-2606
Facsimile:  (630) 364-5825
E-Mail: ksherinian@sherinianlaw.net