IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SIGMAXGO LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",<br><br>　　　　Defendants. | Case No. 25-CV-10616<br><br>Hon. Jorge L. Alonso<br><br>Mag. M. DAVID WEISMAN |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF CERTAIN DEFENDANTS**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff hereby moves to dismiss without prejudice all causes of action in the complaint against the following defendants identified in Schedule A to the Complaint. Each party shall bear its own attorneys' fees and costs.

| Line No. on Schedule A to the Complaint | Defendants |
|---|---|
| 22 | AMJUDOT |
| 21 | Pudier |
| 13 | Winglike |
| 20 | zxbaers |

Defendants listed in the tables above have not filed an answer to the complaint or a motion for summary judgment in this matter. Therefore, Plaintiff submits that dismissal under Rule 41(a)(1) is appropriate.

SIGMAXGO LLC,

Date: <u>October 30, 2025</u>   By: <u>/s/ Depeng Bi</u>
                                                                An attorney for plaintiff

<u>Attorneys for Plaintiff</u>

Konrad Sherinian
E-Mail: ksherinian@sherinianlaw.net
Depeng Bi
E-Mail: ebi@sherinianlaw.net
THE LAW OFFICES OF KONRAD SHERINIAN, LLC
1755 Park Street, Suite # 200
Naperville, Illinois 60563
Telephone: (630) 318-2606
Facsimile: (630) 364-5825

## CERTIFICATE OF SERVICE

I hereby certify that on October 30, 2025, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system.

<u>/s/ Depeng Bi</u>
Depeng Bi

THE LAW OFFICES OF KONRAD SHERINIAN, LLC
1755 Park Street, Suite # 200

2

Naperville, Illinois 60563
Telephone: (630) 318-2606
Facsimile: (630) 364-5825
E-Mail: ksherinian@sherinianlaw.net